5 A.3d 817

Tyrone GRANT, Petitioner

v.

PHILADELPHIA COUNTY COURT OF
COMMON PLEAS, Respondent.

No. 82 EM 2010.

Supreme Court of Pennsylvania.

Oct. 6, 2010.

## ORDER

PER CURIAM.

AND NOW, this 6th day of October, 2010, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are **GRANTED.** The Court of Common Pleas of Philadelphia County shall dispose of Petitioner's Post Conviction Relief Act Petition within 90 days of this order.